

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| DANIEL MICHAEL ATHENS, | § | No. 08-19-00195-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D01963) |
| | § | |

**O RDER**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **January 8, 2020.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mary Elizabeth Bonney, Official Court Reporter for the 346th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before January 8, 2020.

IT IS SO ORDERED this 10th day of December 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.